UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY WILLIAMS,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY;
U.S. BANK CARD HOLDERS SERVICE,

                Defendants.

25-CV-9222 (LTS)

ORDER DIRECTING
AMENDED IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff brings this action *pro se* against the Commissioner of Social Security, purportedly seeking judicial review of a final decision of the Commissioner of Social Security. Plaintiff submitted a request to proceed *in forma pauperis* ("IFP"), but named as the defendant, "U.S. Bank Card Holders Service" ("U.S. Bank"). If Plaintiff intends to challenge a final decision by the Commissioner, he must submit an IFP application that names the Commissioner of Social Security. If he intends to bring an action against U.S. Bank, then he may withdraw his action against the Commissioner of Social Security and file a new civil action against this entity. If he intends to bring an action against both defendants, he must submit an amended IFP complaint naming the Commissioner of Social Security and, should he chose to do so, he may file a new civil action, naming U.S. Bank as the sole defendant.

      Plaintiff is advised that there is a Pro Se Law Clinic available to assist self-represented parties in civil cases. The Clinic may be able to provide Plaintiff with advice in connection with his case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit).

To make an appointment, Plaintiff must complete the City Bar Justice Center's intake form. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr. Federal Building and Courthouse in White Plains are available Monday through Thursday, 10am to 4pm. Appointments are also available remotely Monday through Friday, 10am to 4pm.

## CONCLUSION

The Court directs Plaintiff, within 30 days of the date of this order, to (1) file the attached amended IFP application, should he seek to challenge a decision by the Commissioner of Social Security; or (2) move to withdraw this action, should he seek to assert claims against "U.S. Bank Card Holders Service." If Plaintiff intends to bring civil actions against both the Commissioner of Social Security and U.S. Bank Card Holders Service, (1) he must file an amended IFP application in this action, labeling the application with docket number 25-CV-9222 and naming the Commissioner of Social Security, and (2) he may file a new civil action against U.S. Bank Holders Service.

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

A flyer from the City Bar Justice Center is attached to this order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   November 7, 2025
         New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                Chief United States District Judge