UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY WILLIAMS,

                Plaintiff,

      -against-

COMMISSIONER OF SOCIAL SECURITY;
U.S. BANK CARD HOLDERS SERVICES;
COMMISSIONER OF SOCIAL SECURITY

                Defendants.

25-CV-9222 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

On November 25, 2025, the Court received a letter from Plaintiff, advising that he wishes to withdraw his complaint. (ECF 5.)

The Court grants Plaintiff's request to withdraw this action. The complaint is voluntarily dismissed under Fed. R. Civ. P. 41(a).[1]

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    March 13, 2026
          New York, New York

           /s/ Laura Taylor Swain
             LAURA TAYLOR SWAIN
         Chief United States District Judge

---

[1] A voluntary dismissal under Fed. R. Civ. P. 41(a) is without prejudice. "But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).